UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Florence M. Tarr Wildlife
Sanctuary Trust

   v.                                     Civil No. 11-cv-199-LM

Ryk Bullock, et al.


**NOTICE OF RULING**

Re: Doc. No. 25, Motion for Removal of Stay

    By order dated February 7, 2012, this case was stayed "for 9 months subject to any party filing a motion to bring forward for additional proceedings." Petitioner's motion for removal of stay does not seek to bring forward the case in this court for additional proceedings; it asks this court to enforce a settlement agreement approved by the state Probate Court. While this court can adjudicate the claims brought before it, the court that approved the settlement agreement is the forum in which to seek its enforcement. Accordingly, plaintiff's motion is denied. In this court, plaintiff shall file a status report, or a stipulation of dismissal, on or before December 12, 2012.

    SO ORDERED.

                                                      Landya McCafferty
                                                    United States Magistrate Judge

Date: October 22, 2012
cc: Ryk Bullock, pro se
    Anne M. Edwards, Esq.

```
Laura E.B. Lombardi, Esq.
Barton L. Mayer, Esq.
Robert E. Murphy, Jr., Esq.
Neil B. Nicholson, Esq.
Danielle Leah Pacik, Esq.
Nancy J. Smith, Esq.
Richard Thorner, Esq.
Michael J. Tierney, Esq.
```

Case 1:11-cv-00199-LM   Document 27   Filed 10/22/12   Page 2 of 2